John J. Talton, Chapter 13 Trustee  
Pay to: CLERK   Clerk of the Court  
Check No. 836186

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-10268 | 032-0 | CYNTHIA BALLA<br>Original Check written to:<br>PREMIUM ASSET RECOVERY CORP<br>350 JIM MORAN BLVD #210<br>DEERFIELD BEACH, FL  33442 | xxxxx0957 | 333.33 | 523.65 | 0.00 | 523.65 |
| 06-10268 | 040-0 | CYNTHIA BALLA<br>Original Check written to:<br>CITIFINANCIAL MORTGAGE CO<br>ATTN: PAYMENT PROCESSING<br>P O BOX 140609<br>IRVING, TX  75014 | xxx2115 | 0.00 | 1,043.29 | 0.00 | 1,043.29 |
| 06-20072 | 007-0 | JAMES LARRY WHORTON, JR<br>Original Check written to:<br>HARRISON CAD<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxxxxxxxxxxxxxxxxxxx0000 | 0.00 | 93.61 | 5.64 | 99.25 |
| 06-60564 | 010-0 | ANTHONY PAUL DURIO<br>Original Check written to:<br>WELLS FARGO AUTO FINANCE<br>P O BOX 29704<br>PHOENIX, AZ  85038- | 9001 | 0.00 | 322.23 | 17.36 | 339.59 |
| 07-10244 | 027-0 | JESSE C. STEWART<br>Original Check written to:<br>SECURITY FINANCE<br>CENTRAL BANKRUPTCY & RECOVERY DEPT<br>652 BUSH RIVER RD. STE 206<br>COLUMBIA, SC  29210- | xxxxxxxx4140 | 210.14 | 19.86 | 0.00 | 19.86 |